ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

SEALED
FILED
DEC 21 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
| v. | ) | Case No.   2:22cr140 |
| Hannah Schuster | ) | HSI |
| | ) | |
| | ) | FID: 11495768 |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Hannah Schuster

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

T.21:841(a)(1) and (b)(1)(B) - Possess with Intent to Distribute Methamphetamine (Count 1)

Date:     11/16/2022

_____
_Issuing officer's signature_

City and state:     Norfolk, VA

Robert J. Krask, US Magistrate Judge
_Printed name and title_

| Return |
| --- |
| This warrant was received on _(date)_ 11/17/22 , and the person was arrested on _(date)_ 12/20/22 at _(city and state)_ Virginia Beach, VA . |
| Date: 12/20/22 |

_____
_Arresting officer's signature_

Tammy M Regan, Task Force Officer
_Printed name and title_