**ORIGINAL**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Hannah Catherine Schuster<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 2:22cr140<br>) FP- 1195768<br>)<br>)<br>) |

RECEIVED UNITED STATES MARSHAL 2023 JAN -5 P 1:31 EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Hannah Catherine Schuster ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:

FAILURE TO APPEAR

T.121:841(a)(1),(b)(1), and (B)(1)(b) - Possess with Intent to Distribute Methamphetamine (Count 1)

Date: 01/04/2023

*A. Jarlow*
*issuing officer's signature*

City and state: Norfolk, VA

Robert J. Krask, US Magistrate udge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1-5-2023 , and the person was arrested on *(date)* 2-16-25
at *(city and state)* Norfolk, VA .

Date: 2-16-2023

*Arresting officer's signature*

HSI Agents arrested on USMS Warrant
*Printed name and title*

ORIGINAL